IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 10-cv-02031-WJM -CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 27, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                                                          *Counsel:*

GAIL BROOKS,                                                                                Brian H. Fant
VICTOR F. VAICIUS,
RONALD N. ULRICH,
MARJORIE L. ULRICH,
MICHAEL PRIDHAM, and
CAMILLA PRIDHAM,

   Plaintiffs,

v.

JAMES PETER "JIM" BURG, individually
and d/b/a BLUE MOON RANCH, LLC
and d/b/a SUPERIOR DISCOUNT COINS
a/k/a SUPERIOR DISCOUNT COINS, LLC
and d/b/a AGAPE ENDEAVORS, LLC
and d/b/a YOUR COIN BROKER a/k/a YCB
a/k/a YBC
and d/b/a GOLD RUN INVESTMENTS
and d/b/a S. CARDIN & ASSOCIATES, LLC;
SUZANNE M. CARDIN BURG a/k/a
SUZANNE M. CARDEN, individually
and d/b/a BLUE MOON RANCH, LLC
and d/b/a SUPERIOR DISCOUNT COINS
a/k/a SUPERIOR DISCOUNT COINS, LLC
and d/b/a AGAPE ENDEAVORS, LLC
and d/b/a YOUR COIN BROKER a/k/a YCB
a/k/a YBC
and d/b/a GOLD RUN INVESTMENTS
and d/b/a S. CARDIN & ASSOCIATES, LLC;
S.CARDIN & ASSOCIATES, LLC;

GOLD RUN INVESTMENTS;
BLUE MOON RANCH, LLC d/b/a
SUPERIOR DISCOUNT COINS, LLC;
SUPERIOR DISCOUNT COINS, LLC; and
AGAPE ENDEAVORS, LLC,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:     1:29 p.m.**
Court calls case.  Appearance of counsel for the Plaintiffs.  No appearance of counsel for the Defendants.

Discussion between the Court and counsel regarding the pending Motion for Default Judgment and the Suggestion of Bankruptcy of Defendant James Peter Burg.

**ORDERED**:  Plaintiffs' Oral Motion to Withdraw Plaintiffs' Motion for Default Judgment and Request for Hearing [Docket No. 21, Filed December 3, 2010] Without Prejudice, With Leave to Re-file, is GRANTED.  Plaintiffs shall file a Status Report within sixty (60) days of today's date.

Hearing Concluded.

**Court in recess:        1:34 p.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.